Lewis Wilson, City Attorney
Office of City Attorney
4th Floor, City Hall, Suite 419
P. O. BOX 95120
Camden, New Jersey 08101-5120
(856) 757-7170
By: Mark M. Cieslewicz, Assistant City Attorney
Attorneys for Defendants, City of Camden, City of Camden Police Department, Chief of Camden Police Department Edwin Figueroa and Steven Gracia.

| | |
|---|---|
| HALBERT COURSEY,<br>Plaintiff<br>vs.<br><br>CITY OF CAMDEN; CITY OF CAMDEN POLICE DEPARTMENT; CHIEF OF CAMDEN POLICE DEPARTMENT EDWIN FIGUEROA; SUPERCESSION EXECUTIVE OF THE CAMDEN POLICE DEPARTMENT ARTURO VENEGAS; CAMDEN POLICE OFFICERS: STEVEN GRACIA, C. CONCEPCION, D. VAUTIER, JOHN DOE OFFICERS 1-50, Individually, Jointly, Severally & in the alternative,<br>Defendants | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 08cv2169(NLH)<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

It is hereby Stipulated and agreed by the parties that all claims against defendants and plaintiff are hereby dismissed With Prejudice, but without costs or attorney's fees to any of the parties.

_____
Emmett E. Primas, Jr., Esquire
Attorney for Defendant, Concepcion
Date: 12-14-09

_____
George L. Farmer, Esquire
Attorney for Plaintiff, Halbert Coursey
Date: 12/7/09

_____
Ralph R. Kramer, Esquire
Attorney for Defendant, Vautier
Date: 12/9/09

_____
Cheryl L. Cooper, Esquire
Attorney for Defendant, Venegas
Date: 12/18/09

_____
Mark M. Cieslewicz, Esquire
Attorney for Defendants, City of Camden, Figueroa and Gracia
Date: 2-3-10